UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America	Criminal # 07-273 (KSH)

v.

Khaliq H. Lockett	**ORDER**

The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of October, 2012

ORDERED that Chester Keller, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

KATHARINE S. HAYDEN
United States District Judge